# UNITED STATES DISTRICT COURT

### for the

Western District of Pennsylvania ▾

_____ Pitts

John Edward Foland

)
)
)
)

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

"Rocki" Conti Former Chief Of The Monaca Police

)
)
)
)
)
)
)
)
)
)

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.)*

)
)
)
)

Case: 1:22-cv-00787 JURY DEMAND
Assigned To : Unassigned
Assign. Date : 3/21/2022
Description: Pro Se Gen. Civil (F-DECK)

Jury Trial: *(check one)* ✔ Yes ☐ No

## COMPLAINT FOR A CIVIL CASE

**I.    The Parties to This Complaint**

**A.    The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages i needed.

| | |
|---|---|
| Name | John Edward Foland |
| Street Address | 201 Fifth Street |
| City and County | Ellwood City |
| State and Zip Code | Pa 16117 |
| Telephone Number | |
| E-mail Address | johnfolandsameone@gmail.com |

**B.    The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant i individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

RECEIVED
Mail Room

Pা

## Defendant No. 1

| | |
|---|---|
| Name | Rocki Lawerance Conti |
| Job or Title *(if known)* | Otherwise Formerly Employed By The Municipilaty Of Mona |
| Street Address | Monaca, PA 15061, Vereinigte Staaten |
| City and County | Monaca Beaver County |
| State and Zip Code | Monaca Pa 15061 |
| Telephone Number | 724-775-9614 |
| E-mail Address *(if known)* | |

## Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

## Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

## Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or trea is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question                    ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitutio are at issue in this case.
Civil Rights Abuse
18 U.S.C. § 351
An attempt with force or violence to do a corporal injury to another; may consist of any act tending such corporal injury, accompanied with such circumstances as denotes at the time an intention, c with present ability, of using actual violence against the person

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

   a.    If the plaintiff is an individual

   The plaintiff, *(name)*  John Edward Foland                              , is a citizen

   State of *(name)*  Pennslyvania 16117                              .

   b.    If the plaintiff is a corporation

   The plaintiff, *(name)*                                          , is incorpora

   under the laws of the State of *(name)*

   and has its principal place of business in the State of *(name)*

   *(If more than one plaintiff is named in the complaint, attach an additional page providing same information for each additional plaintiff.)*

2.    The Defendant(s)

   a.    If the defendant is an individual

   The defendant, *(name)*  Rocki Conti                              , is a citizen

   the State of *(name)*  Pennslyvania 15061                          . Or is a citizen

   *(foreign nation)*  United States

b.   If the defendant is a corporation

The defendant, *(name)*                                                   , is incorporated

the laws of the State of *(name)*                                          , and F

principal place of business in the State of *(name)*

Or is incorporated under the laws of *(foreign nation)*

and has its principal place of business in *(name)*

*(If more than one defendant is named in the complaint, attach an additional page providir same information for each additional defendant.)*

3.   The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amo stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III.   Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible t facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendan involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, includ the dates and places of that involvement or conduct.  If more than one claim is asserted, number each clain write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

CHAPTER 27
ASSAULT
Sec.
2701.  Simple assault.
2702.  Aggravated assault.

2702.1. Assault of law enforcement officer.

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make l arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Inclu the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include ar punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual · punitive money damages.

I want Legal Action To Retsrain A Man who Was Once a Pennslyvania LawEnforcement Officer,
I want Him Arressted federally Cited and I want to Be compensated By Mr.Conti Himself the Commenwealt
Pay their Liability for Having Hired Mr.Conti
I am Sueing for Brutal assualts

An attempt with force or violence to do a corporal injury to another; may consist of any act tending to such corporal injury, accompanied with such circumstances as denotes at the time an intention, coupled with pre

§ 2701. Simple assault.

(a) Offense defined.--Except as provided under section 2702 (relating to aggravated assault), a person is g of assault if he:
(1) attempts to cause or intentionally, knowingly or recklessly causes bodily injury to another;
(2) negligently causes bodily injury to another with a deadly weapon;

~~(3) attempts by physical menace to put another in fear of imminent serious bodily injury~~

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, inform and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers m served. I understand that my failure to keep a current address on file with the Clerk's Office may in the dismissal of my case.

Date of signing:            03/03/2022

Signature of Plaintiff

Printed Name of Plaintiff        John Edward Foland

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address